COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-10-091-CV

 

IN
RE BRANDY ANN BOUNDS                                                   RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relator=s
petition for writ of habeas corpus and is of the opinion that all relief should
be denied.  Accordingly, relator=s
petition for habeas corpus is denied.

Relator shall
pay all costs of this original proceeding, for which let execution issue.

 

PER
CURIAM

 

 

PANEL:  WALKER and MCCOY, JJ.

 

DELIVERED:  March 30, 2010











     [1]See
Tex. R. App. P. 47.4.